IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TOMMIE HILL, JR.,

    Petitioner,

v.                                                                                              No. 1:18-cv-01155-JDB-jay

UNITED STATES OF AMERICA,

    Respondent.

ORDER DIRECTING PETITIONER TO SHOW CAUSE

Petitioner, Tommie Hill, Jr., filed a pro se motion to vacate, set aside, or correct his sentence (the "Petition"), pursuant to 28 U.S.C. § 2255. (Docket Entry ("D.E.") 1.) He asserted a single claim challenging the predicates for his sentence. He subsequently filed a second claim, insisting that he was entitled to relief pursuant to *Sessions v. Dimaya*, 138 S. Ct. 1204 (2018.) (D.E. 2.) On January 28, 2019, the Court denied the second claim on preliminary review and directed the Respondent, United States of America, to respond to the sole remaining claim. (D.E. 6.) The Government filed its response on February 25, 2019. (D.E. 9.) Petitioner subsequently submitted a document purporting to add a third claim. (D.E. 14.) On April 7, 2020, he was released from federal custody. *See* https://www.bop.gov/inmateloc (last accessed April 1, 2021).

A litigant's most basic responsibility is to keep the Court informed of his whereabouts. Although he has not been in the custody of the Bureau of Prisons for nearly one year, Hill has not filed a notice of change of address with the Clerk of Court and has not otherwise shown an interest in pursuing the remaining claim. Accordingly, he is ORDERED to show cause within fourteen days of entry of this order why the Petition and this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the Petition and this action without further notice pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 5th day of April 2021.

s/ J. DANIEL BREEN  
UNITED STATES DISTRICT JUDGE